

51 P.3d 374

# SUPREME COURT OF HAWAI'I

**July 10, 2002**

| 22515 | Dawson v. Luce | Affirmed |

**July 11, 2002**

| 23686 | State v. Gallant | Reversed |

**July 12, 2002**

| 24193 | State v. Irvine | Affirmed |

**July 17, 2002**

| 23695 | Larimer v. Abiva | Affirmed |

**July 25, 2002**

| 24376 | Doe, In re | Affirmed |
| 23456 | State v. Matson | Affirmed |

**August 2, 2002**

| 23291 | Garthe v. Arnold | · Affirmed |

**August 8, 2002**

| 23913 | Saito v. Fuller | Affirmed |

**August 9, 2002**

| 24721 | State v. Roberts | Affirmed |

**August 12, 2002**

| 22963 | Child Support Enforcement Agency v. Doe | Affirmed |
| 23834 | State v. Camacho | Affirmed |
| 23137 | State v. Turner | Affirmed |